JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT MARRERO, JR. SCOTT B. CHERRIN, RICHARD JOSEPH, THOMAS NELSON and ROBIN W. MATHESON,<br><br>Plaintiffs,<br><br>vs.<br><br>ADT SECURITY SERVICES, INC., et al.,<br><br>Defendants. | Case No. CV 10-6059 DSF (VBKx)<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

| | |
|---|---|
| 1 | Based upon the Stipulation between the parties and their respective counsel, it |
| 2 | is hereby ORDERED that this action is hereby dismissed with prejudice pursuant to |
| 3 | FRCP 41(a)(1)(A)(ii). |
| 4 | |
| 5 | IT IS SO ORDERED. |

DATED: June 17, 2011        By: _____
                                 Hon. Dale S. Fischer